IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-31102 |
| | | Chapter 11 |
| HIGH POWER CONCRETE, LLC | : | Judge Beth Buchanan |
| Debtor and Debtor-In-Possession. | : | |

**APPLICATION OF HIGH POWER CONCRETE, LLC, DEBTOR AND DEBTOR-IN-POSSESSION, PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PATRICIA J FRIESINGER, ESQ. AND COOLIDGE WALL CO., L.P.A AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION AS OF THE DATE OF APPLICATION, COMBINED WITH NOTICE HEREIN**

**NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST**

**You are hereby notified** that the Debtor has filed papers with the Court requesting an Order pursuant to the above referenced Motion, Application and/or Objection (hereinafter called the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before Twenty-One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

> The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
> Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also provide a copy of your response to Patricia J Friesinger. You may either electronically serve Patricia J. Friesinger through the court's ECF System or mail a copy to the following address: Patricia J. Friesinger, Coolidge Wall, Co, L.P.A, 33 W. First Street, Ste. 200, Dayton, OH 45402.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's Motion and may enter an order granting that relief.

**August 9, 2022**

_____
Date of Issuance

*/s/Patricia J. Friesinger*
Patricia J. Friesinger

1

## MOTION

High Power Concrete, LLC, Debtor and Debtor-In-Possession ("Debtor") hereby submits this application (the "Application") to this Court pursuant to section 327(e) of the Bankruptcy Code, and FRBP 2014, for the entry of an Order authorizing the retention of Patricia J. Friesinger ("Friesinger") and the law firm of Coolidge Wall Co., L.P.A. (the "Firm") as general counsel for the Debtor *nunc pro tunc* as of the Petition Date (as defined herein) in this Chapter 11, Subchapter V proceeding. In support of this Application, the Debtor submits the affidavit of Friesinger, a shareholder of the Firm, which is attached as Exhibit "A." A proposed Order granting the Application is attached hereto as Exhibit "B."

Attached is the Memorandum in Support.

Respectfully submitted,

HIGH POWER CONCRETE, LLC

By: */s/ Marcelo S. De Oliveira*

Marcelo S. De Oliveira
Sole Member

*/s/ Patricia J. Friesinger*

Patricia J. Friesinger (0072807)
33 W. First Street, Ste. 200
Dayton, Ohio 45402
Tel: (937) 449-5776 Fax: (937) 223-6705
E-mail: friesinger@coollaw.com
*Proposed Counsel for Debtor and Debtor-In-Possession High Power Concrete, LLC*

## MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this Application under 28 U.S.C. § 1334. Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The subject matter of this Application is a core proceeding pursuant 27 U.S.C. § 157(b)(2).

2. The statutory basis for the relief requested herein are sections 105(a), 327, 1107 and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rules

2

2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and LBR 2014-1.

## BACKGROUND

3. On August 8, 2022 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition under Chapter 11, Subchapter V, of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is operating its business and managing its affairs as a debtor-in-possession.

4. The Debtor is a limited liability company in the State of Ohio as of Ohio, with its principal place of business in Huber Heights, Ohio.

5. The Debtor filed this Chapter 11, Subchapter V proceeding in order to reorganize its debts and maintain its operations and employees.

## RELIEF REQUESTED

6. Your applicant seeks to employ and retain the Friesinger and the Firm as its counsel with regards to the filing and prosecution of this Chapter 11, Subchapter V case and all related matters, effective *nunc pro tunc* as of the Petition Date. Accordingly, the Debtor respectfully requests entry of an order pursuant to 327(a) of the Bankruptcy Code authorizing it to employ Friesinger and the Firm as its general bankruptcy counsel under a general retainer to perform the legal services that will be necessary during this Chapter 11, Subchapter V case.

7. Friesinger and the Firm are well qualified to represent the Debtor. Friesinger and the Firm are familiar with the Debtor's business affairs and may of the potential legal issues that may arise in connection with this Chapter 11, Subchapter V case. The Firm is familiar with the Debtor's business, property, financial affairs and capital structure. In selecting the Firm as general bankruptcy

counsel, the Debtor considered the Firm's knowledge, expertise and experience in reorganization and bankruptcy law.  In addition, the Firm's attorneys responsible for representing the Debtor in matters relating to its reorganization are members of the restructuring, reorganization, corporate and bankruptcy practice groups, with experience in a wide range of bankruptcy cases. Therefore, the Debtor believes that the Firm is well qualified to serve as its bankruptcy counsel and that retention of the Firm is in the best interest of the estate.

8. Your applicant desires to employ Friesinger and the Firm on an hourly rate basis, with compensation proposed as set forth below;

9. Friesinger is a partner of the Firm and from time to time, other attorneys and other professionals of the firm may be called upon to perform legal services for the applicant in the within matter at the following standard hourly rates in 2022 at $340.00 per hour for Friesinger's time; in 2022 at $215.00 - $500.00 per hour for attorney time; and in 2022 at $150.00 - $240.00 per hour for paralegal time (said rates are reviewed and revised for all clients in January of each year).  All fees are subject to application and allowance by this Court; and it is desired that the Firm be named "General Counsel."

10. The professional services that Friesinger and the Firm will render to the Debtor include, but not limited to, the following:

    a.    advise the Debtor with respect to its powers and duties as the debtor-in-possession in the continued management and operation of its business;

    b.    attend meeting and negotiate with representatives of creditors and other parties of interest;

    c.    take all necessary action, in accordance with the Trustee, to protect and preserve the Debtor's estate, including the prosecution of actions on the Debtor's behalf, the defense of any action commenced against the Debtor, negotiations concerning all litigation in which the Debtor is involved, and

      objections to claims filed against the estate;

  d.  prepare on behalf of the Debtor certain motions, applications, answers, orders, reports and papers necessary to the administration of the estate;

  e.  promote the plan of reorganization, disclosure statement, and all related agreements and/or documents filed contemporaneously herewith or hereafter, and take any necessary action on behalf of the Debtor to obtain confirmation of such plan, as necessary;

  f.  advise the Debtor in connection with any potential sale of assets;

  g.  appear before this Court, any appellate courts and the United States Trustee and protect the interests of the Debtor's estate before such Courts and the United States Trustee;

  h.  consult with the Debtor regarding tax matters; and

  i.  perform all necessary legal services and provide all other necessary legal advice to the Debtor in connection with this Chapter 11, Subchapter V case.

11.  To the best of the Debtor's knowledge, and except as disclosed in the Affidavit, Friesinger and the Firm have not represented the Debtor's creditors, equity security holders, or any other parties-in-interest, or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, in any matter relating to the Debtor or its estate.

12.  The Debtor desires to retain Friesinger and the Firm under the retainer arrangement set forth in the Affidavit because of the extensive legal services that may be required and the fact that the matter and extent of such services are not known at this time. To the best of the Debtor's knowledge, Friesinger and the Firm do not hold or represent any interest adverse to the Debtor's estate, Friesinger and the Firm are a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, and Friesinger and the Firm's employment is necessary and in the best interests of the Debtor's estates.

13. On August 8, 2022, the Firm applied funds received as a retainer to fees outstanding/accrued as of that date in the amount of $9,046.25 and applied $1,738 to the filing fee and continues to hold $4,215.75 as a retainer.

**WHEREFORE,** the Debtor respectfully requests that the Court enter an Order, substantially in the form simultaneously filed herewith, (i) authorizing the Debtor to employ Friesinger and the Firm as attorneys for the Debtor in this Chapter 11, Subchapter V proceeding; and (ii) granting such further relief as is just and proper.

Respectfully submitted,

HIGH POWER CONCRETE, LLC

By: */s/ Marcelo S. De Oliveira*
　　Marcelo S. De Oliveira
　　Sole Member

*/s/ Patricia J. Friesinger*

Patricia J. Friesinger (0072807)
33 W. First Street, Ste. 200
Dayton, Ohio 45402
Tel: (937) 449-5776 Fax: (937) 223-6705
E-mail: friesinger@coollaw.com
*Proposed Counsel for Debtor and Debtor-In-Possession High Power Concrete, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **APPLICATION OF HIGH POWER CONCRETE, LLC, DEBTOR AND DEBTOR-IN-POSSESSION, PURSUANT TO FED. R. BANKR. P. 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PATRICIA J FRIESINGER, ESQ. AND COOLIDGE WALL CO., L.P.A AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION AS OF THE DATE OF APPLICATION, COMBINED WITH NOTICE HEREIN** was caused to be served on this the date of filing as follows:

**Via the Court's ECF Noticing Service to:**

- **Asst US Trustee (Day)**   USTPRegion09.CB.ECF@usdoj.gov

    Donald Mallory   DDWMMallory@woodlamping.com

**Via regular mail to:**
All creditors and parties in interest at the addresses identified on the attached matrix


/s/*Patricia J. Friesinger*
_____
Patricia J. Friesinger

## AFFIDAVIT OF PATRICIA J. FRIESINGER

**STATE OF OHIO** )
) SS:
**COUNTY OF MONTGOMERY** )

I, Patricia J. Friesinger, being duly cautioned and sworn, depose and state as follows:

1. I am an adult over the age of eighteen and am competent to testify to the matters herein.

2. To the best of my knowledge, neither myself, the firm of Coolidge Wall Co., L.P.A., nor any employee thereof, insofar as I have been able to ascertain, has any connection with the above-named Debtor(s) or creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

| Party | Specifics |
|---|---|
| Ryan Homes | This is a former client of a former attorney of the firm. No work has been done for this client since 2003 and all matters have been closed. Ms. Friesinger has not been involved in representing this client. No representation of this client was undertaken as relates to the debtor or this debt. |
| US Trustee's Office | Ms. Friesinger has been appointed as a Chapter 7 panel trustee and, as such, reports to the US Trustee's office in that capacity. |

3. To the best of my knowledge, neither myself, the firm of Coolidge; nor any employee thereof, insofar as I have been able to ascertain, has a known past or present relationship to the debtor(s), any creditor, or equity security holder of the debtor, except that in my years as a practicing bankruptcy attorney, I have frequently appeared as opposing counsel in other bankruptcy cases. I may have had incidental contact with some of these creditors in the course of my representation of debtors, other creditors, and chapter 7 trustees, but these contacts do not represent conflicts of interest in my estimation, particularly since the proposed representation does not include determination of claims.

4. To the best of my knowledge, neither myself, the firm of Coolidge; nor any employee thereof, insofar as I have been able to ascertain, holds any interest adverse to the estate in the matters upon which I am to be engaged nor has any business interest in the debtor(s) and each is a disinterested person within the meaning of 11 U.S.C. §101(14).

5. To the best of my knowledge, neither myself, the firm of Coolidge; nor any employee thereof, insofar as I have been able to ascertain, employment would be prohibited by or

EXHIBIT A

improper under Bankruptcy Rule 5002.

FURTHER AFFIANT SAYETH NAUGHT

*/s/ Patricia J. Friesinger*

_____

Patricia J. Friesinger

Sworn to and subscribed in my presence by the aforementioned this 9th day of August, 2022.

*/s/ Celeste M. Lane*

_____

Notary Public

[Seal]  CELESTE M. LANE, Notary Public
         In and for the State of Ohio

My Commission Expires 09/27/2021

```
Label Matrix for local noticing          720 Pumping Ltd                        Asst US Trustee (Day)
0648-3                                   c/o Sally J. King                      Office of the US Trustee
Case 3:22-bk-31102                       PO Box 13862                           170 North High Street
Southern District of Ohio                Dayton, OH 45413-0862                  Suite 200
Dayton                                                                          Columbus, OH 43215-2417
Tue Aug  9 11:23:35 EDT 2022

CFG Merchant Solutions LLC               Central Point Concrete LLC             D.R. Horton, Inc.
10 W 37th St                             c/o Antoniel Borges Franca             c/o CT Corporation System
New York, NY 10018-7481                  9244 Sawgrass Drive                    4400 Easton Commons Way
                                         Miamisburg, OH 45342-6778              Columbus, OH 43219-6226


EBF Holdings, LLC                        Jeremy Shane Flannery                  Forward Financing
dba Everest Business Funding             Office of the United States Trustee    53 State Dr., 20th Floor
8200 NW 52 Terrace, Ste. 200             170 North High Street                  Boston, MA 02109-3204
Miami, FL 33166-7852                     Suite 200
                                         Columbus, OH 43215-2417


Fox Capital Group, Inc.                  Patricia J Friesinger                  Fundfi Merchant Funding, LLC
1920 East Hallandale Beach Blvd., Ste. 5 Coolidge Wall Co., L.P.A.              2 Armonk Street # 1077
Hallandale, FL 33009-4727                33 West First Street, Suite 600        Greenwich, CT 06830-5803
                                         Dayton, OH 45402-1289


High Power Concrete Inc                  High Power Concrete, LLC               High Power Construction
c/o Josimar Dias                         4063 Lahaman Lane                      c/o Everaldo Lima
1008 Old Stone Ct                        Dayton, OH 45424                       4119 Elkswood Drive
Dayton, OH 45459-5429                                                           Coraopolis, PA 15108


Joe Lieberman, Esq.                      Josimar Dias                           NVR, Inc. dba Ryan Homes
Lieberman and Klestzick, LLP             1008 Old Stone Ct                      c/o NVR, Inc., statutory agent
PO Box 356                               Dayton, OH 45459-5429                  11700 Plaza Americad Dr., Ste. 500
Cedarhurst, NY 11516-0356                                                       Reston, VA 20190-4792


Spark Funding LLC dba Fundamental Capita The Law Offices of Steven Zakharyayev  Yeshaya Gorkin, Esq.
100 Garden City Plaza, Ste. 410          10 W. 37th St., RM 602                 PO Box 605
Garden City, NY 11530-3216               New York, NY 10018-7473                New York, NY 10038
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)High Power Construction LLC           (u)Mardel Plumbing LLC                 (u)T.J. Cleaning Corporation




```
End of Label Matrix
Mailable recipients    20
Bypassed recipients     3
Total                  23
```